IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-20137
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

REYMUNDO MUÑOZ, also known as
Little Ray,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-99-CR-176-7
--------------------
December 14, 2000

Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

David Adler, court-appointed counsel for Reymundo Muñoz, has moved for leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Muñoz has filed no response. Our independent review of the brief and the record discloses no nonfrivolous appellate issue. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. 5TH CIR. R. 42.2.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.